E-FILED
Monday, 28 September, 2009  08:56:26 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*Anna Lynn Robinson*

_____

_____

_____

Plaintiff(s)

**FILED**

SEP 2 5 2009

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

vs.

Case No: *09-2237*

*Champaign Unit 4 School District*
*BETH Sheppard*
*Cheryl O'LEARY*

_____

_____

_____

Defendant(s)

PRO SE COMPLAINT AGAINST EMPLOYMENT DISCRIMINATION, UNDER TITLE VII
OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. §§ 2000e-5

I.    PREVIOUS PROCEEDINGS BEFORE THE EQUAL EMPLOYMENT
      OPPORTUNITIES COMMISSION (EEOC)

   A.   Have you filed a charge before the federal Equal Employment
   Opportunities Commission (EEOC) relating to this claim of employment
   discrimination?

   (✗)  YES

   (  )  NO

   B.   If your answer is YES, describe the EEOC proceeding:

      1.   Parties to the previous EEOC proceeding:

         Petitioner (s)  *Anna Lynn Robinson*

         _____

         _____

Page 2

Respondent (s) *Champaign Unit 4 School District - Beth Sheppard*

2. Location of EEOC office that handled your charge *Chicago District Office*

3. Docket or case number of your charge: *440-2008-00348*

4. Disposition (what was the final result of your charge): *The Commission Ceased Processing of this Charge*

_____

_____

5. Has EEOC written you a right-to-sue letter (telling you that you have the right to sue in a United States District Court if you are dissatisfied with the disposition of your charge)?

( X )  YES

(   )  NO

6. Date of filing charge before EEOC: *11-20-2007*

7. Date of disposition by EEOC: *6-23-09*

C. Attach copies of all documents you possess relating to the EEOC proceeding, ESPECIALLY YOUR RIGHT-TO-SUE LETTER.

II.   PREVIOUS LOCAL, STATE OR FEDERAL PROCEEDINGS OTHER THAN EEOC

A. Have you begun other legal proceedings before state or local courts or agencies, or a federal court (but NOT the EEOC) relating to your claim of employment discrimination?

(   )  YES

( X )  NO

2

Page 3

B.  If your answer is YES, describe each legal proceeding:

    1.  Parties to the previous legal proceeding:
       Plaintiff(s) or petitioner(s) _____

_____

_____

      Defendant(s) or respondent(s) _____

_____

_____

    2.  Name of court or agency: _____

_____

_____

    3.  Docket or case number: _____

    4.  Name of the judge or hearing officer: _____

_____

    5.  Disposition (for example: Was the case dismissed?
Who won?  Was there an appeal?  Is the appeal pending
or final? _____

_____

_____

_____

_____

    6.  Date of beginning previous proceeding:_____

    7.  Date of disposition of proceeding:_____

NOTE:  If there was more than one previous legal proceeding, excluding an EEOC
proceeding, describe them on separate sheets of paper.  Follow the outline above, label
the sheets clearly, and attach them to this pro se complaint.

Page 4

C.     Have you attached separate sheets regarding previous state, local or federal legal proceedings (other than EEOC)?

( )  YES

( )  NO

III.     PARTIES TO YOUR PRO SE COMPLAINT OF EMPLOYMENT DISCRIMINATION

A.     Plaintiff(s)

1. Your full name     *ANNA Lynn Robinson*

2. Your address     *400 BRIAR LANE Apt 1*
     *Champaign, Illinois 61820*

3. Names and addresses of other plaintiffs, if any
(You should name other plaintiffs only if they were
petitioners with you in a previous EEOC proceeding, or
else if EEOC began a previous proceeding on behalf of
you and them): _____

_____

_____

_____

(Use a separate sheet if necessary; label it clearly if so)

B.     Have you attached a separate sheet naming other plaintiffs?

( )  YES

(X)  NO

C.     Defendant (s) (You should name here the first-named respondent, or else its successor, in the previous EEOC proceeding brought by you or on your behalf):

1. Full name (individual or firm): *Champaign Unit 4*
*School District - BETH Sheppard*

Page 5

2. Business address: _703 SOUTH NEW STREET_
_Champaign ILLINOIS 61820_

3. Job position (if individual) _____

_____

4. Status as an entity (if defendant is a business firm):

( ) Corporation

( ) Partnership

( ) Sole Proprietorship

(X) Other _School DISTRICT_

(If you do not know this information, and you cannot find out by reasonable means, ask the defendant for it. If the defendant will not tell you, leave this section blank.)

5. Names, business addresses, and job position or entity status of other defendants, if any (you should name additional defendants only if they were named as respondents in a previous EEOC proceeding brought by you or on your behalf): _____

_____

_____

_____

(Use a separate sheet if necessary; label it clearly if so)

D.     Have you attached a separate sheet naming other defendants?

( ) YES

(X) NO

Page 6

IV.   STATEMENT OF YOUR CLAIM OF EMPLOYMENT DISCRIMINATION

A.  Were you:
( ) Not hired?
(X) Discharged?
( ) Suspended?
( ) Demoted?
( ) Denied Promotion?
( ) Denied Wage Increases?
( ) Other (please specify) _____

_____

B.    State here as briefly, concisely and clearly as possible the essential facts of your claim.  Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  Include precisely how each defendant in this action is involved.  Include the names of other persons involved who are not defendants; give dates and place.  Concentrate on describing as clearly and simply as possible the employment practice you allege to be illegal, and how it discriminated against you.  IT IS NOT NECESSARY TO MAKE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.  IN MOST CIRCUMSTANCES, THIS ONLY MAKES THE CLAIM OF A LAYMAN MORE DIFFICULT TO UNDERSTAND.  AS MUCH AS POSSIBLE, LET THE FACTS SPEAK FOR THEMSELVES.

I began employment with Champaign Unit 4 in OCTOBER 2002. IN September 2005, I filed a discrimination charge with the Department of Human Rights (# 2006CA0490). I was subjected to unequal terms and conditions. I was subjected to harrassment and subsequently. I was discharged on April 5, 2007. The Human Rights Charge was dropped because BETH Sheppard made an agreement with the UNION, which she later violated. I reported harrasment by Cherly O'Leary to the Unit 4 School district, despite 2 or more calls it was never investigated.

See exhibit A

6

DO NOT FEEL COMPELLED TO USE ALL THE SPACE.

Page 7

## V.   RELIEF YOU REQUEST

Check below what you want the court to do for you.  You may make as many checks as you like.

(X) Should you prevail in this lawsuit, award you back pay.

( ) Should you prevail in this lawsuit, reinstate you in
    your old position.

( ) Should you prevail in this lawsuit, award you certain
    costs of suit (but not attorneys fees).

(X) Other  *Lost Wages - Medical Expense
due to lost of Wages. Accumulate
Financial Situations.*

## VI.   JURY DEMAND

( ) YES                    (X) NO

Signed this  25  day of  September , 2009

_____
Anna L. Robinson
(Signature of Plaintiff or Plaintiffs)

ADDRESS:  400 Briar Lane Apt 4
Champaign Ill 61820

PHONE NO.: 217-373-6135

7