# CHRONOLOGY OF EVENTS
## DISCRIMINATION BY CHAMPAIGN UNIT 4 SCHOOL DISTRICT
### ADMINSTRATION

When: October 7, 2002
Who:  Champaign Unit 4 School District
       Director of Human Services
Where: Champaign Unit 4 School District
       Champaign, Illinois 61820
What:  I was hired by Champaign Unit 4 School District on a partime basis. I was never
       assigned a mentor. Despite me sharing a classroom with another white Special
       Education, Mary Beth Bogner , she did not even want me to use her computer to
       to complete my paper work.

When: November 11, 2002
Who: Spenser Landsmom
Where: Franklin Middle School
What:  Due to the Special Education Students failing in the regular classroom, I was told
       they were going to make my position a full time position. Despite me beginning
       to work full time hours, the paper work was not completed until January 2003.
       I did not get properly paid until February. 2003

When: February 2005
Who: Carol Stack / Joe Williams
Where: Franklin Middle School
What:  I was asked to resign by Carol Stack, because of an evaluation written by
       Assistant Principal Joe Williams. Joe Williams had harassed me for 2 years.  Joe
       William allowed white staff to give information in my evaluation that led to my
       dismissal.  Prior to October 2004, I had perfect evaluations.  The Union Leader
       Greg Novak and District administrator Mr. Burley had to constantly intervene
       regarding harassment with Joe Williams.  I was asked to sign a blank document
       stating that I would resign. By contract I should have been given three evaluations.
       I was only given two. Joe William quoted white staff members in my evaluation.
       The union had requested Joe William not completes my evaluation.

When: February 2005
Who:  Carol Stack/ Joe Williams
Where: Franklin Middle School
What: The team that was allowed to give information for my evaluation was all under
       the age of 24. The District later admitted in an EEOC charge to age
       discrimination.

When: February 2005
Who: Beth Sheppard, Director of Human Resources, Greg Novak, President of
     The Union, Myself
Where: Director of Human Resource Office, Champaign Unit 4
What:  The president of the union Greg Novak and I met with Beth Sheppard, regarding
       My dismissals from Franklin Middle School.  During the meeting there was
       An agreement that was reached, that in order to assure I gain my tenure I would
       Be placed under an African American Principal.

When:  April 2005
Who:  Greg Novak, Union President, Alfred Ivey, my attorney and myself.
Where:  Mr., Ivey's Law Office
What:  Greg Novak met with my attorney and told him what the district wasn't going to
       fire me; I would be placed under an African American principal.

When: Summer 2005
Who: Beth Sheppard, Director of Human Resources
Where:   Mellon Building- Champaign Unit 4
What: I made numerous calls to Beth Sheppard office.  She never returned any of my
      calls.  She never made any attempts to place me under an African American
      Principal.  I did not even know where I was going until the day before school
      started.  I was placed in a Behavior Class; however two days later was asked to
      take another position in the building, because anther staff member wanted
      his fried to ride from Bloomington with him. Despite not having the
      proper certification, he was put in my position.

When: September 2006
Who: My attorney Alfred Ivey
Where: Urbana Law Offices
What:  My case was closed with the Department of Human Rights; he stated that based
       on the fact that I wasn't fired, I probably couldn't sue.

When: April 7, 2007
Who: Beth Sheppard, Director oh Human Resources
Where: Champaign Unit 4 School District
What:  I was discharged from the district based on allegation from Principal Cheryl
       O'Leary, who had harassed me for over a year and a half.  Beth Sheppard
       hand delivered my discharge papers.

When: March 7, 2007
      March 12, 2007
      April 3, 2007
Who: The union.  They had to intervene on at least 4 other occasions.
Where: Garden Hills Elementary School
What:  The Union filed charged of harassment and discrimination against Cheryl
      O'Leary.

When: During the 2006-2007 School year.
Who: Myself
Where: To the Superintendent Office
What: I made a least 3 phone calls regarding the harassment. I received two home
     messages; however know one ever came to the school.

**NOTE:**  Greg Novak, the previous union president, who is now on the school board:
     has acknowledged a union contract was violated. Jon Nadler and the Union
     District Office has also acknowledged my case was not properly taken to the
     highest level.

**NOTE:**  In the documents sent by Unit 4 School District Attorney Eric Small, there are a
     documents submitted by the Franklin Middle School staff. Most of the
     material, I have never seen. They are not a part of my personnel files, It
     appears that with the previous charge, they hade fellow staff member to submit
     documents to solidify their case.

The following is a list of other allegations, which I consider a definite pattern of
discrimination.  These are some of the harassment issues I've had to endure.  These are
allegations from the previous Human Rights Complaint against Joe Williams

When: 2002-2005
Who: Joe Williams
Where: Franklin Middle School
What: Joe Williams told me he had gone to another teacher classroom (Ms Heroff), she
     had the same student, but she don't have the same problems as I do.

What:  Joe Williams had harassed other African American employee (teacher's aid)
     He made racial slurs indication to Ms Posey, African American diet
     Consisted of collards and chicken.

What: Joe William wrote me a letter stating, I did not check a box properly on the front
     of a document.  Sandy Powell, the principal at the time, had to correct him.

What:  Joe William confronted me and told me the staff said "I wasn't doing my job. I was assigned two grade levels; however the functioning level divided the students into 4 grade levels. I was expected to cover 6[th] and 8[th] grade level. The administration refused to hire proper staff until January 2004. During this time I was constantly reminded that staff has indicated, I was not doing my job. In order to meet the demands, I had to conduct an after school tutoring program, and received no extra pay.

What:  Any complaint a white staff member voiced, Joe William brought it to my attention.

What:  During the start of the 2004-2005 School year, I was contacted regarding a student's file.  As soon as I entered the office,  Joe William proceeded to raise his voice accusing me of taking an IEP home  He had to be informed by the administrator at the Mellon building. I completed them in her office.

What:  During the start of the school year, Joe William accused me of not completing a behavior plan on a student.  He wrote me a memo, I proceeded to show him a copy.

What:  During one incident I made a comment, that one of my students had behavior issues.  Joe proceeded to tell me you aren't a behavior teacher, despite me having Illinois Certification.

What:  A meeting was conducted in a hasten manner to expedite a meeting due to a child's violent behavior. I did not contact one of the people that needed to be invited, because I had never had a mentor and despite me asking two other Special Education Teachers, I failed to invite the individual.  The director reprimanded me and wrote me a long letter.  I was told to contact her on Friday. During my conversation with her, I could here Joe William on the telephone in the background.

What:  A white staff member failed to fill out her part of the form correctly.  Joe and the Director of Special Education blamed me for the Psychologist mistake. The form was reviewed by the Assistant Director of Special education and she never found the mistake.

What:  The assistant Director of Special Education Janet Nelson was coming over every Tuesday to help me with my case load. Despite the District never assigning me a mentor Carol Stack and Joe William stopped Janet; however she was allowed to help white case managers.

# CHRONOLOGY OF EVENTS

These are the events that led to my dismissal from the Champaign Unit 4 School District in 2007.

When: February 13, 2006
Who: Cheryl O'Leary
Where: Garden Hills School
What: Told the janitor Waymon Jackson to keep all the doors to the office closed, she was going to paper trail me out of the district,
      217-819-8793

When: February 23, 2006
Who: Chris Pulling- Secretary of Cheryl O'Leary
Where: Garden Hills School
What: Received a memo.

When: February 24, 2006
Who: Cheryl O'Leary
Where: Garden Hills School
What: Received a memo of a chronology of dates of February 13, 14, and 15th of 2006

When: May 3, 2006
Who: Cheryl O'Leary / Leslie Sullivan
Where: Garden Hills School
What: Leslie Sullivan wanted the air conditioned classroom I had occupied for the 2006-2007 School Year. Despite there being a classroom of equal size across the hall, I was told I had to give up my room.

When: August 18, 2006
Who: Janitor
Where GHS
What: Arrived to begin the 2006-2007 school year. The room I was assigned had been vacant for two years, it was not cleaned over the summer. I spent the weekend cleaning the room.

When August 22, 2006
Who: Cheryl O'Leary
Where:GHS
What: Contacted the principal to inform her I needed assistance from the janitor to help me move books from the book shelf. She accused me of being impatient, and proceeded to tell me her men would get to me when they can. This delayed me in getting my room organized in time for the start of the school year.

When: August 23, 2006
Who: Leslie Sullivan or Becky (the office manager)
Where: GHS
What: Either Leslie or Becky reported to the principal Cheryl O'Leary that I did not
    report to work on time. I was trying to get supplies from the Schools
    Supply store. I could not decorate my room, because I had to clean it over the
    weekend. Despite me having the key to my room my door was open
    when I arrived.


When: August 28,2006
Who: Leslie Sullivan (A white Special Education Teacher)
Where :GHS
What: I was assigned a student from the Mattoon School District .Despite the child being
    on my case load ;Leslie Sullivan the other Special Education Teacher was asked
    by the principal Cheryl O'Leary to contact the school to obtain information
    on the child. Leslie Sullivan constantly made recommendations to other
    classroom teacher's regarding my case load.


When: August 29, 2006
Who: Becky Rech or Cheryl O'Leary
Where: GHS
What: Placed an order to the Administration building to get an IEP program connected
    to my computer. Someone kept canceling my order, so I could not complete paper
    work for over a month. The Technology department informed me some one kept
    canceling my order. I suspect it was the office because Becky came to my room
    one day an inquired about which computer I was hooking up into the IEP
    program. My IEP program was not connected until October 6,2006.


When: October 3, 2006
Who: Cheryl O'Leary
Where: GHS
What During a meeting regarding my evaluation " Cheryl' O'Leary
    Stated " I may not be fit for her building. "

When: October 4, 2006
Who: Sarah Evans, Special Education Administrator
Where: Garden Hills School
What: A memo dated October 4, 2006 was generated by Sarah Evans about a meeting that was going to be held on October 11, at 3:30. The memo was placed in my box on October 11, after 2:00 P.M. I missed the meeting, because I only went in the office three time day .I went at the beginning of the day, at lunch and after school. Someone place the memo in my box after I left at lunch.

When: October 10, 2006
Who: Cheryl O'Leary
Where Garden Hills School
What: Received a memo about a staff meeting I did not attend, because I lost my key to the building. I arrived to work on time, and had called in and reported the information to the janitor and the secretary.

When: October 18, 2006
Who: Cheryl O'Leary
Where: GHS
What: I received a memo in reference to me over sleeping on October 17, 2006. I admitted I over slept, because I was in a serious accident on Monday October 15, 2006. I was seen at the emergency room at Carle Clinic, Monday night until about 11:00 P.M. I awake around 6:00 A.M. and took a pain killer. I did not reset my alarm clock. I contacted the school around 10:15. I spoke with the secretary "Renee" I informed her I had over slept, and probably couldn't make it because I was dizzy. She informed me they needed to get Jaquez medication. I told her I could drop off the keys. Renee told me she had an extra pair keys. I returned a call back to Renee She informed me they were unable to open the lock. In Ms O'Leary's memo she stated the children were un attended. I did not have an aid assigned to me at that particular time; therefore my door should not have been opened. If Ms O'Leary was concerned about the medication, she would have called me at 0900, and would have realizes I was missing. My situation could have been worse than what it was. Ms O'Leary had the janitor break the lock on the cabinet with the medication. There was no need to break a lock when I live 10 minutes from the school. I told the secretary I would bring over the keys. The office manager has taken it upon herself to contact me at home in the past.

When: October 27, 2006
Who: Cheryl O'Leary
Where: GHS
What: During my evaluation dated October 27, 2006, Ms O'Leary noted that the assignment the students was completing could be completed in a fifth grade math class. If Ms O'Leary would have really read my lesson plans, she would have known it was a reading class.

When: October 30, 2006
Who: Shauna Carey, George Pellum, Union Representatives, and Beth Sheppard Human
    Resources.
Where: Mellon Administration Building
What. Shauna Carey, George Pellum and Beth Sheppard met regarding the numerous
    complaints of harassment by Cheryl O'Leary. They presented a list of
    harassment issues that had occurred since the beginning of the school year.
    Administration did nothing.

When: November 9, 2006
Who: Karen Baler
Where: GHS
What: During a conversation with Ms Baler, she asked me "what was I going to do
    next year. She proceeded to tell me how she lost her previous job. I new
    November 9, 2006, I did not have a job for the nest year. I'm sure other
    staff was also informed due to their behaviors in IEP meetings.

When: November 14, 2006
Who: Ms Robby
Where: GHS
What: An aid was finally assigned for the 2006-2007 school year. Despite her being
    assigned as an aid. She was able to work in a janitor's slot until after
    Thanksgiving. She did not report back to work until November 26, 2006. Her
    attendance through out the year was sporadic.

When: November 15, 2006
Who: Leslie Sullivan
Where: GHS
What: Leslie Sullivan told the third grade teachers to place Jaquez in a regular
    reading class without my permission. Despite Jaquez being on my case load
    I was never consulted.

When: November 17, 2006
Who: Cheryl O'Leary
Where: GHS
What: During our Pre Observation meeting, Cheryl requested the student IEP goals prior
    to an IEP meeting. She wanted to know what I was teaching. The third
    grade IEP's had been completed at the end of the spring 2006 year by Leslie
    Sullivan. She signed off on Leslie IEP's; however she demanded I bring
    the same goals prior to the meeting.

When: November 17, 2006
Who: Brianna Allen
Where: GHS
What: An emotional disturbed student in my class, when to the office as she does
      daily to get her medication. The office manager always gives candy. I jokingly
      told the child that Becky should not give candy everyday. The child went home
      and told her mother, I said "she could not have any candy". The parent must
      have called the school; however I was never notified.

When: November 28, 2006
Who: Cheryl O'Leary
Where: GHS
What: I was clear evidence Cheryl wanted me to know the parent had contacted her.
      Cheryl called Brianna Allen to the office over intercom system the next day the
      child was removed from my room. I was never approached regarding
      what actually happened?

When: November 31, 2006
Who: Cheryl O'Leary
Where: GHS
What: A substitute was assigned to my room for a PLC day. For the first month of
      School I was never given a substitute to attend a PLC meeting. I informed the
      substitute I would check in the office to see if a mistake had been made. Some-
      how the substitute misunderstood, and went and told the principal, I did not need
      a substitute. The principal proceeded to my room and verbally reprimanded
      me in front of the students and the aid.
          Ms. Robby-   217-403-1084  H    Cell: 217-419-6413

**PLEASE NOTE:  From December 2006 to March 2007. I was receiving memo's on
               Almost a daily basis. After a January 9, 2007 meeting with Beth
               Sheppard regarding harassment issues, the memo's continued to
               increase. She began to follow me around in the classroom,
               hallways and the library.**

When: December 5, 2006
Who: Cheryl O'Leary, principal, George Pellum, Union and myself
Where: GHS
What: A meeting was held with George, Cheryl and myself. She gave me and George a
      list of concerns that needed to be addressed with the mentor. The mentor for the
      school year was not assigned until December 15, 2006. The was first meeting was
      held in January 2007, due to the Christmas holidays. During this meeting
      Cheryl mentioned I had been late for work most of October, because she had
      Watching in the parking lot. I informed her car was totaled on October 15,
      2006, and I had used a rental car from October 18, 2006 to October 27, 2006.
      Her response was "you were probably late anyway."

When: December 6, 2006
Who: Cheryl O'Leary
Where GHS
What: received a memo regarding me not attending the WEB Based IEP program
    Training at Barksdall Elementary School on November 28, 2006. I did not know
    the direction to the School, so the janitor gave me directions. I attempted to go to
    Barksdall. I went down Staley Road to Duncan, but the left turn to
    Duncan was closed due to road construction from I-57. The two other special
    Education teacher, Leslie Sullivan, nor Chris Baker Attended, did not attend. The
    training was scheduled for December 7, 2006 at 3:30 P.M.

When: December 7, 2006
Who: Cheryl O'Leary
Where : Stratton Elementary School
What: The IEP training was held at 3:30 P.M. Chris Baker and I attended. Leslie
    Sullivan did not attend, she informed me her son had a basketball game.

When: December 11, 2006
Who: Technology Department
Where GHS
What: The new IEP program was suppose to be installed on all computer from December
    8, 2006 to December 11, 2006 ( Over the weekend) All of the other staff had
    the new IEP program installed; however my program was not installed
    until the last week of January.

When: December 11, 2006
Who: Cheryl O'Leary
Where: GHS
What: I gave her a copy of my schedule that was had written, identical to Leslie
    Sullivan, the other special education teacher. She promptly gave it back to
    Me and said, it was unacceptable. This was the same schedule she accepted in
    October 2006. During this meeting, I was informed by Cheryl O'Leary
    The school district had hired Amanda out of college to train with Leslie
    For a certified position. I was told Leslie could not be my mentor.
    I was in the district for almost five year and never received a mentor
    Until April 15, 2006. We did not have a meeting until January 2007, because it was
    Close to Christmas break. I also feel I needed a stable aid in my classroom at the
    Time, but it was totally ignored. Hiring a young student out of college to
    Train for a certified position, reiterates my previous charge of age discrimination.
    The district has already admitted to the previous charge of age discrimination.

When: December 12, 2006
Who: Cheryl O'Leary
Where: GHS
What: Received a memo regarding two meetings on December 11, and December
12, 2006. She gave my schedule back to me and said it was unacceptable. I have
in my possession a copy of Ms Sullivan and the ESL teacher's schedule. They
were not held to the same standard. I had to submit 5 schedules before she would
accept it.


When: December 12, 2006
Who: Cheryl O'Leary
Where: GHS
What: I had two IEP"S scheduled this week. I had one for Ryan Thorson and Steve
Adkisoon. Ryan's IEP was scheduled for December 13, and Steve's was for
The December 14, 2006. Due to lack of aid support I could not use any class
Time to complete any paper work. Steve Adkisison mother requested a copy of
Steve's IEP prior to the meeting; therefore on the night of December 12, 2006, I
stayed until 11:00 P.M with the janitor, Mr. Jackson. My new IEP
program did not get installed on my computer from November 8 to 11, so I
had to use the web-based program, that had lot of glitches. I had difficulty like
many other teacher using the web-based program, The new program was never
installed on my computer; and did not get installed until around the 20 of January
2007. I attempted to complete it anyway. In the process of trying to complete to
IEP'S without taking any rest I mistaking typed Ryan name on Steve IEP in two
places. This is not uncommon, when you are typing two IEP with similar goals.
The IEP I gave to the parent was not the original. I kept documentation where the
computer program, was making the mistakes. I tried to explain this to MS
O'Leary,Penny the social worker, and the psychologist tried to explain they had
difficulty in the past with the program, because it would not let you correct error.
Cheryl O' Leary still tried to insinuated I had made error and failed to try and
correct them.. The web-based program would not let me reenter the program to
correct the errors.


When: December 14,2007
Who: Cheryl O'Leary
Where: GHS
What: During the IEP meeting with MS Adkisson and her minister, she verbally
Tried to discredited any information I was trying to present during the
IEP meeting. She verbally tried to reprimand me on a section titled Student
Strengths. The information I was sharing during the meeting was taken
from a report written by the psychologist. He did the testing.
Cheryl and another teacher Pam Winters exchanged notes during
the meeting and would smile at each other. **Cheryl O'Leary told the
janitor Waymon Jackson to be sure to keep her office door locked.
She had enough to paper trail me out of the district. 819-8793**

When: December 15, 2006
Who: Cheryl O'Leary
Where: GHS
What: Cheryl O'Leary reported to my room and verbally reprimanded me; regarding
      A meeting that was never scheduled.  This was witnessed by Ms Robby


When: December 15, 2006
Who: Cheryl O'Leary
Where: GHS
What: Received a memo regarding the 2 mistakes in the IEP.I had to remind
      Ms O'Leary I had to stay on whole week in June 2006 to complete
      other case manger errors , so that my paper work would not be affected.
      she refused to pay me overtime.  Surely Ms O'Leary wasn't concern about
      those errors, I have proof she has signed off on other case manager paper work
      with serious errors.

When: December 18, 2006
Who: Cheryl O'Leary
Where: GHS
What: Received a memo regarding the IEP meeting.

When: December 19, 2006
Who: Cheryl O'Leary, George Pellum and myself
Where:GHS
What: Cheryl wanted to meet with George regarding her concerns. She basically
      Interested in the fact she had met the deadline to obtain me a mentor.  If
      Cheryl was that concerned with my paper work, why did she wait until the
      deadline.

When: January 5, 2007
Who: Lynn Robinson (Myself)
Where: Carle Clinic Patient Advisor 217-326-1220
What: Sought medical advice due to heart palpitations.

When: January 9, 2007
Who: George Pellum, Union Representative, Beth Sheppard, Human Resources, myself
Where: Mellon Administration Building
What: A meeting was held with Beth Sheppard to address the concerns I had with
    Cheryl O'Leary. Beth Sheppard listens as usual; however, nothing was done by
    Administration to address the issues, despite the numerous complaints by the
    Union regarding harassment and discrimination issues at Garden Hills.
    **Note: I will address those issues in response to Cheryl O'Leary's
        memo dated January 23, 2007.**

When: January 11, 2007
Who: Cheryl O' Leary
Where: Garden Hills Elementary School
What:   Received a memo requesting a meeting on January 17, 2007.  She requested I
    Bring union representation. She wanted to discuss the concerns regarding my
    Meeting with Beth Sheppard, Assistant Superintendent of Human Resources.

When:  January 11, 2007
Who: Cheryl O'Leary
Where: GHS
What: Received a memo regarding my schedule.  Once again, she approved my schedule
    In October, when she removed my aid.  I had submitted at least 3 more schedules.
    Each time she returned them she became very in-depth and detailed on how I
    Wasn't serving the children. I have copies of the ESL teacher and Leslie
    Sullivan, they were not held to the same standards.

When: January 17, 2007
Who: Cheryl O' Leary- Principal, George Pellum - Union, Lynn Robinson
Where: GHS
What:   A meeting was held to discuss issues that were discussed with Beth Sheppard.

**Note: I will address those issues in response to Cheryl O'Leary memo date January
    23, 2007.**

When: January 23, 2007
Who: Cheryl O'Leary
Where" GHS
What: Received a memo regarding the meeting conducted with George on January17,
    2007 and Beth Sheppard on January 9, 2007.  In this memo she addressed 10
    issues. I will response to those issues.

(1)  **Assignment of a mentor:**  In Cheryl O'Leary's haste to complete her paper
    She indicated I was not assigned a mentor, because of the student's
    Performance on the 2005-2006 IAA.  The statement should have read I was
    Assigned a mentor because of the performance on the 2005-2006 IAA'S
    The document that Cheryl O'Leary used as scores are actually codes. I
    Discussed this with y mentor Pat Brown. She indicated as far as March IAA
    Scores for the 2005-2006 school year had not been released,  These were
    To identify the Special Education Student that took the ISAT. I had been in
    the district since October 2002, isn't it ironic I just now needed a mentor.

  A.  **IEP'S**  I completed 20 or more IEP"S with Cheryl O'Leary from 2005
    To 2006.  It's ironic that there were never any mistakes prior to
    December 12, 2006. Surely if Cheryl O'Leary was concerned about my
    paper work,  she would have pointed them out prior to December 12,
    2006. Cheryl O'Leary response to the 2 error on the IEP in December
    was   retaliation to the union's constant charges of harassment against
    her. There were never any complaints prior to December 12, 2006. The
    IEP'S are sent to the Director of Special Education Office.  They are
    checked prior to being archived. Cheryl O'Leary is responding to a
    mistaking where I typed in Ryan's name for Steve. Those were the only
    mistakes in the IEP.  If Cheryl O'Leary was that conscious of paper
    work, then why did I have to stay one week in June of the 2005-2006
    school year to complete paper work not completed by Sharon
    Benekohal- Social worker and Katie Kiess Speech and Language.
    Surely  Cheryl O'Leary should remember, she refused to pay me
    overtime. Surely if Cheryl' O'Leary was concerned about paper work, she
    would not have signed of on Donavan Newman IEP, indication he was
    receiving speech, when he hadn't in one year. Surely if MS O'Leary
    was concerned about IEP paper work, why did she allow Penny-
    Social worker and Leslie Sullivan to conduct IEP meeting by taking a
    copy of the IEP to the parents home and just having everyone sign off.
    Most of the student 3rd grade student's IEP were written by Leslie
    Sullivan; despite most of them filled with erred, Cheryl' O'Leary signed
    of and allowed them to be placed in the file.  The mentor I was assigned
    Pat Brown pointed out numerous errors in her IEP'S. If IEP
    paper work was a concern, there should have been more that IEP'S
    one IEP with errors.

B.  <u>**Progress Reports:**</u>  If I had the aid support like the other two Special
Education teacher, I could complete my work in a timely manner. I should
not have to work until 11:00 P.M. at night to complete paper work.


(2)  <u>**Mentor timeline:**</u>  Cheryl indicated the mentor was assigned by the
contractual date.  Cheryl O'Leary gave me the IAA paper work August
22, 2006.  If Cheryl felt I had some problem with the IAA paper work, then
why wasn't I assigned a mentor in September, if this was a concern?  I
wasn't assigned a mentor until December 15, 2007.  The union hand book
the mentor had to be assigned by December 19, 2006. Why did she wait
until the last minute.

(3)  <u>**Change of room for the 2006-2007 school years.**</u>  In the memo she stated
eight staff members switched locations. The other staff members switched
locations because they changed grade levels. The change of the room was
brought to Beth Sheppard's attention, because there was a room of identical
that was vacant. If health concern were an issue, then why didn't she bring
this to my attention when she asked me to switch.

(4)  <u>**Implementing inclusion**</u>   Cheryl O'Leary was aware I did not have
adequate aid support. She was also aware Shytiera, Carl and Tajana
had received pull out service in the past with Leslie Sullivan. The
type of service these student will receive were discussed in the October
2006 meeting conducted with Leslie Sullivan, myself and Cheryl O'Leary.
Despite Shytiere being in the 5th grade, her cognitive level was that
Of a kindergarten. Cheryl' O'Leary knew that Shytiera cognitive level
Would not allow her to function in a regular class room, even with aide
Support. The child could barely talk. The two regular classroom teacher
MS Gwinn and Ms Winters were aware I could never make the schedule time
Because like of aide support, or my aid being assigned on Leslie Sullivan's
Case load.

(5)  <u>**Aide assignments and support.**</u> Cheryl O'Leary mentioned the reduction of
aide support for the 2006-2007 school year. When school started on August
2006, Chris Baker had 5 student and 2 aides assigned. Leslie had 8 students
and 3 aids assigned. I had 12 students, I did not get an aide until Middle
September. She was removed and placed with Leslie Sullivan in the
Kindergarten class. I was left with out an aide until the last of November
She was allowed to work as a janitor for three days. The aide did not report
to work on a regular basis, despite complaints she remained assigned. My
aid Ms Robby  also had to be assigned to Leslie Sullivan. I have that
schedule. **NOTE: WERE WAS MY AIDE SUPPORT?**

(6) **IEP Meeting held on December 14, 2007.** Cheryl O'Leary wrote another student name throughout the document. This statement is misleading it only appeared twice. I typed both student IEP on December 12, 2006 . Steve's mother requested a copy prior to the IEP meeting. I had to complete two IEP. I did not finish until around 11:00 P.M. that night, because I had no aid support. The new IEP program was not connected to my computer, and I had difficulty making corrections. The technology department was aware of the malfunctions in the program. Penny, the social worker and Bill, the psychologist tries to explain that to Cheryl O'Leary and the parent During the meeting.

(7) **PLC participation.** Prior to the November 30, 2006 , Cheryl had not included the Special Education teacher in the PLC. In October she gave us that time to work on our case loads. I could have used that time (3hrs) to complete paper work, because lack of aid support. Ms O'Leary has failed to give any explanation for her behavior on November 30, 2006, when she came to my room and verbally reprimanded me in front of my aid and the students.

(8) **Attendance** Cheryl O'Leary displaced unprofessional, by having other staff member watch the time I came to work. The same people she had watching me, were the ones leaving early after school. During one of my meetings with George Pullum, Cheryl indicated she had been watching what time I arriving to work. After an October 15, 2006 accident, I was in a rental car 2 weeks, she still insisted I had been late, even though she did know I was driving a rental car.

(9) **IAA Scores** Cheryl insisted the paper work she gave out at the August were the IAA scores. The report clearly identifies those as codes. It is also clear on the document I have in my possession, it was printed off a I showed the document to my mentor Pat Brown, she indicated they were Code to indicate the Special education Student who took the ISAT. Scores For IAA were never give out for the 2006-2007. Pat Brown, the lady Assigned as my mentor, and the other special education teacher at Roberson Elementary school indicated score had not been received as of March 2007 For the 2006-2007 school year.

(10) **Memo regarding scheduling** I had to complete my schedule 5 times before Cheryl' O'Leary would accept it. I have copies of Leslie Sullivan and the ESL teacher's Schedule. There were not held to the same standards.

**NOTE: There was an increase in the length of the memo's and the number for February and March. She was completing her paper trail to get me out of the district.**

When: February 1, 2007
Who: Cheryl' O'Leary
Where: GHS
What:  Received a 3 page memo CC to Beth Sheppard to be placed in my personnel file.
this was in **response** to a meeting held on January 31, 2007 This Memo was
to review the items.
**Note: There are 5 items to be addressed.**

(1)     **IEP Paper Work**. Cheryl' Leary made reference to the fact that the parent
Had not received a copy of a corrected IEP. The new IEP program was not
Installed on my computer until the week January 15, 2007. During this
Period I had three IEP'S Sophia Wallis, January 19, 2007; Katlin Spenser
January  24, 2007 and Kimberly Areola , January  26, 2007. Ms Gwinn ,
The fifth grade math teacher, and Ms Winters knew Ms Adkisson was in the
Building at lunch almost daily.  She made no attempt to come to my
Room to pick up the completed IEP. Ms Gwinn and Ms Winters provided
Most of the academic services for Steve. Ms O'Leary had stated in the
December 14, 2007 IEP meeting that she wanted Steve to receive services
In the regular classroom, she knew this was impossible, because
Ms Robby, did not attend work on a consist ant bases. Ms Adkisson had
Every opportunity to consult with all three teacher regarding Steve, she
Took no responsibility.  Cheryl indicated the number of errors on the IEP.
I have a copy of the IEP, there was only two or three errors. Surely one IEP
Doesn't signify a problem with errors.  If error were a problem, then why
Didn't she mention other IEP'S with errors.  This is just part of her
Paper trail.

(2)     **Progress Reports**   The problem with the IEP program has be mentioned
through out the chronology. Progress reports also had to be completed
on the IEP program. Lack of aide support and the increase in my case load,
and the new responsibility as of January 19, 2007 with Sophia Wallis, left
very little time for her time line of completion.  Cheryl was also reminded
that one standing policy of mind was to  make sure parents of the
Special needs children attend parent conference were to hold their progress
Reports if they are near a schedule parent conference to make sure they came
To the conference like non-special need parents. Often time parent of
Special need children do not understand the progress reports that rate their
Child goal.  In the past five year, I have encourage all my special needs
Parent to attend the two yearly parents conference to here progress on their
Child. Special need parents like to feel proud of their children also.
There have been times  when I placed them in her box, she indicated she did
Not receive them. There was a schedule parent conference on February 22.

(3)  **Schedule**  The issues of the schedule has been repeatedly discusses in the
It took 5 scheduled before she would accept it.  I also believe the
Mentor Pat Brown reported it to Keli Shirley, the Director of Special
Education, and that's the only reason she accepted that one. Pat asked
me if I had reported it to Kelli Shirley.

(4)  **Teacher Observation**  I have scheduled teacher's observation with Cheryl
O'Leary,  She rarely stay 30 minutes to observe me; however she wants them
schedule.  Cheryl even left one observation, to take care of a problem with
some food delivery. She insist that I schedule' however ;she  is already
bias when she conducts the evaluation, SHE has never evaluated me over 30
minutes, they are usually 10 to 20 minutes in duration; however she can
use this criteria, not to recommend me for rehire..

(5)  **Administrative Directives**  A directive is an order. She indicated I fail to
follow a directive. The content of the memo's were  in a format of bringing
an issue to my attention.. The memo dated 12-12-2006  was regarding
the schedules she returned on December 11, and 12th. The memo dated
12-15- 2006 was regarding the two mistakes I made on Steve's IEP.  The
memo's dated 1-23-2007 was a summary of a meeting held on January
17,2007. The  memo was directed to Beth Sheppard and George Pullum. A
review of the memo would reveal, there were no directives. In Cheryl O'Leary
efforts to paper trail me out of the district, she realized she had only used the
words memo; however by saying I failed to follow her directive I was
insubordinate,  A term that would be used on two occasion the month
of February.

When: February 1, 2007
Who: Cheryl O'Leary
Where: GHS
What: Pre- Observation meeting for February 2, 2007   A pre- observation meeting was
        scheduled with Cheryl O'Leary.  Cheryl O'Leary was aware of my inability
        to pull into the regular Math class; however she insisted she wanted to observe
        me during Ms Gwinn's math class.  I discussed with Ms Gwinn ( the African
        American 5th grade math teacher), about her lesson plans.  Ms Gwinn did not use
        lesson plan, so she told me where she thought she would be in book. My
        lesson plan were typed that morning. After I had my pre-observation meeting with
        Cheryl, she called Ms Gwinn to the office over the loud speaker, to my sure I
        Knew she was calling her. I verified it with Ms Gwinn. Ms Gwinn didn't
        use lesson plan, so she went farther than she told me she was going.

When: February 2, 2007
Who: Heidi Grove, MS Robby, Becky Reins tad, the office manager, Cheryl O'Leary
Where: GHS
What: Ms Robby came to my room to get me, because Jaquez a student on my case load
was refusing to take his medication. He had become very disrespectful to
the office staff, and was threatening to leave the building. Becky and Heidi Grove
were threatening to call the police on Jaquez( a third grader). In the process
of me trying to get Jaquez to take his medication, Becky made a racial slur at
me stating " You better get him (Jaquez) out of here. I promptly told her I
refuse to let her talk to me or Jaquez in that manner. I would call the Mellon
building. I finally got Jaquez to leave the office. Cheryl O'Leary came to
my room and confronted me. She said," I had know right to threaten staff with
reporting things to the Mellon Building."
    Ms Robby -403-1084 (H) 419-6413 (C)


When: February 2, 2007
Who: Cheryl O'Leary
Where: GHS
What:   Cheryl O'Leary came to MS Gwinn's room to conduct the teacher's
Observation. She barley sit in the chair she called me over and said I
Had not coordinated with Ms Gwinn regarding the lesson. I tried to
Tell her MS Gwinn and I tried to coordinate February 1, 2007; however
Because she didn't use lesson plans, she moved farther in the lesson
Than anticipated. Cheryl left the evaluation, I tried to follow her in the
Hall to explain what had happen, she accused me of insubordination.

When: February 2,2007
WHO: Lynn Robinson (myself0
Where: GHS
What: Contacted Mr. Culver ( The Superintended office), regarding Cheryl O'Leary's
Behavior. The superintend office had Dorland Norris contact me at home;
Dorland Norris left a message on my answering machine. This was the second
Time I had contacted the Mr. Culver's office. The always left messages
On my answering machine; however never came to the school to investigate.

When: February 5, 2007
Who: Cheryl O'Leary
Where; GHS
What: Received a Memo CC to Beth Sheppard, regarding the January 24,2007 on
      Progress reports. She indicated I failed to follow a directive. In this memo
      Cheryl' O'Leary began to use terminology , I failed to follow a directive. The
      memo was sent directly to Beth Sheppard.  This memo is clear indication she had
      lied and said I had been insubbornate, because I failed to have ample support
      and time to complete all her so call directives.  Had administration properly
      check out the situation; they would have found my case load grew to 15 students
      including on behavior student; however my aid support never increased.


When: February 7, 2007
Who: Cheryl O'Leary
Where: GHS
What:  Received a memo regarding me not reporting to work at the contractual time. Due
       To the tremendous amount of stress and harassment, I began to have difficulty
       Going to work, I was hypperventilation, diarrhea and anxiety .  I was difficult
       Trying to go to work, because the working condition were horrible, and despite
       The union complaints and my complaint , **Nothing was ever done to address
       The problems at Garden Hills School.**


When: February 9, 2007
Who: ( Lynn Robinson, myself)
Where: Carle Clinic on Kirby
What: In patient visit at Carle Clinic on Kirby for heart palpitations (Received an
      Electrocardiogram.)

When: February 14, 2007
Who: (Lynn Robinson, myself)
Where: GHS
What: Attempted to use the code that was assigned to me by the secretary. It did
      not work. I informed the secretary in September 2006, my code that
      I used the previous year would not let me in the building after hours.
      I attempted to use my code to enter the building to catch up on paper
      Work after hours. I could not enter the building.  I had to use
      Betty Rowell's code; however I did not use it much, because I
      Felt uncomfortable being in the building along. I usually stayed to
      11:00 P.M. at night with Mr., Jackson, the janitor.

When: February 24, 2007
Who: Cheryl O'Leary
Where: GHS
What:  Received a memo regarding Observation on 2-24-06. This memo was a piece of
       Cheryl O'Leary's paper trail. She had had concern regarding my observation.
       She already had a preconceived notion regarding how she was going to
       rate me . They weren't fair in the past. How can they be fair now.


When: February 27, 2007
Who: Cheryl O'Leary
Where: GHS
What: Received a memo regarding a meeting for a summative evaluation.


When: March 9, 2007
Who: Cheryl O'Leary
Where: Garden Hills School
What: Received a memo regarding a meeting on the filed grievance.


When: March 9, 2007
Who: Cheryl O'Leary
Where: GHS
What: Received a memo entitled Requested items.  The request for the schedule
      Tends to highlight the memo.  She indicated she wanted corrected IEP"S.
      Cheryl O'Leary is talking about one IEP, Steve Adkisson. In the January
      Chronology I indicated she accused me of not attending the January
      16, 2007 School Improvement day.  This had too be corrected, because payroll
      informed her I had taken a personal day.  Since she could not implement me
      in not attending the school improvement day. She wanted me to provide proof
      that I obtained the information distributed.  There had never been any
      requirements in the past to obtain the information. If I went and Mr. Baker
      or Ms Sullivan did not attend, I would get the information and bring it back .
      It was never a district policy to get information if you did not attend; however
      I usually asked one of the other special education teachers, and made copies if
      I thought it was important. I endured a lot of harassment, I should have use my
      280 hours of sick leave.  I am entitled to take a personal day when I choose

When: March 9, 2007
Who: Cheryl O'Leary
Where: GHS
What:  Received a memo on requested items.


When: March 12, 2007
Who: Cheryl O'Leary
Where: Garden Hills School
What:  Received a memo regarding schedule. The schedule is a reoccurring theme.
       She approved my schedule in October.  Each time I submit another schedule she
       Will not accept it.  I have a copy of Leslie Sullivan schedule.  I checked it again in
       March.  Cheryl' O'Leary  indicated I was not in room 7 supporting math. In
       January 2007, Sophia Wallis was placed on my caseload.  Any time this child had
       Difficulty in class, I  had to physically go next door to remove her.

When: March 12, 2007
Who: Cheryl O'Leary, George Pellum and myself.;
Where: GHS
What: Meeting conducted too hear the grievance that she failed to recommend me
      For employment.  Due to increase heart palpitations, the doctor had inform me
      if the palpations  continued to occur during the meeting, I was to end the it.
      George Pellum ended the meeting.


When March 13, 2007
Who: Cheryl O'Leary
Where: GHS
What: Received a memo CC to Beth Sheppard Assistant Superindendent of Human
      Resources, George Pellum, CFT Vice President, Deb Foertch CFT President.
      summarized the May 12, 2007 meeting.


When: March 26, 2007
Who: George Pellum- Union, Deb Forseth- Union, Kellie Shirley- Director of Special
      Education, myself
Where: Mellon Building.  (Administration Building)
What:  The monthly Special Education meeting was conducted at the Mellon Building.
       Deb and George had met with Beth Sheppard regarding my  final grievance step.
       When they were leaving the building they ran into me at the monthly meeting.
       We stepped outside the building to discuss what had happen regarding the
       Grievance.  Keli Shirley the Special Education director may have witness
       our conversation, or Beth Sheppard, or the union informed Cheryl O'Leary,
       because a week of retaliation began.

When: March 27, 2007
Who: Cheryl O'Leary
Where GHS
What: (Retaliation)  Cheryl O'Leary came to my room and just walked around. This was
Witnessed by my aid MS Robby.  It was if though she was looking
For something. Later that afternoon she told Mr. Jackson, the janitor
To spy on me and report anything back to her.

MS Robby (217- 403-1084) (217-419-6413)
Waymon Jackson 217-819-8793


When: March 28, 2007
Who: Cheryl O'Leary
Where: GHS
What: (Retaliation) Received a memo regarding a new student. This is clear evidence
Cheryl O'Leary had searched my classroom in retaliation due to the grievance
Meeting held on Monday, March 26, 2007. Cheryl indicated Kimberly Areola
Had not been added to my case load and no evidence of parental contact. Cheryl
O'Leary sit in on a 9 person , four hour IEP meeting on Friday March 16, 2007.
The memo indicated she needed a parent contact log by Friday March 30, 2008.
The parent attended the IEP meeting, Cheryl O'Leary was also aware  the parent,
The ESL teacher and myself met at 11☺) A.M.  Cheryl is also aware I could not
Have completed and IEP if the child was not on my caseload. Cheryl O'Leary
Knew that was parent contact, she signed the IEP at the meeting.


When: March 28, 2007
Who: Cheryl O'Leary
Where: GHS
What : Received a memo regarding her rejecting another version of my schedule.  The
Fourth version of the schedule was completed with the mentor Pat Brown. It
Was identical to her schedule used at Roberson Elementary School.  Pat and
I modified the schedule again and I turned it in on March 30, 2007.  I have copies
of Ms Sullivan's schedule.


When: March 29, 2007
Who: Cheryl O' Leary
Where: GHS
What: (Retaliation) I can not reiterate the fact that this was a week of retaliation,
And Cheryl' O'Leary watching me. Ms Chavis, a substitute teacher for the
5th grade class was in my room, while I went to the library to return some tapes.
Cheryl' O'Leary stalked me, she came running to the library with MR. Pickens
And told me I needed too be in my classroom. There were no children in the
Class.  They weren't going to be there until 0915.

When: March 29, 2007
Who: Cheryl O'Leary
Where: GHS
What: (Field trip to Krannet)   Ms Chavis was substituting for a fifth grade teacher Pam
      Winters. Pam Winters class was going on a field trip to Krannet. Ms Chavis
      informed Mr. Pickens, who was coordinating the field trip. That she could not
      climb the stairs at Krannet.  Mr. Pickens asked me if I would go in her place, and
      she could watch my class for the evening.  While I was in the office trying to
      contact a parent, Ms Chavis allowed the cafeteria monitor to load the buses.  The
      gifted children with, Cranes and Eckles, had loaded and left immediately. Ms
      Gwinn, being a first year teacher, did not tell the second bus to wait until she had
      the proper staff to escort the other group of student. She was going to monitor her
      student;; however some how she forgot Ms Winters was absent. The two other
      busses left for Krannet: however due to the amount of strident we also took a
      small bus. When the two busses arrived a Krannet, the gifted student unloaded
      first, because they are normally isolated from the other student at Garden Hills.
      ( In the past they had isolated recess).  Ms Gwinn unloaded and left Ms Winters
      class unattended with the bus driver.  When Ms Gwinn( A black fifth grade
      teacher) and myself returned, we were promptly called to Cheryl' O'Leary's
      office. I was just asked to cover Ms Winter class because, he had no one
      else to do it. I could not control the miscommunication between MS Chavis
      and the  cafeteria monitor for allowing the children to load the bus. I could not
      control   Ms Gwinn getting off the bus and leaving the student unattended;
      however I was verbally reprimanded by Cheryl O'Leary and told Mr. Pickens
      had no authority to authorize me to attend the play at Krannet.

When: April 3, 2007 (Memo dated April 4, 2007)
Who: Cheryl O'Leary
Where: GHS
What: Received a memo indicating she was requesting to have a meeting with
me and the union representative on Wednesday April 4, 2007 at 0830.
She was in such a hurray to write it she wrote the wrong date;

When: April 3, 2007
Who: Beth Sheppard, Assistant Superintendent of Human Resources
Where: Human Resource Building
What: Received a memo from the union from Beth Sheppard and the Champaign
Unit 4 School District ruled Cheryl O'Leary had not discriminated against me.
Despite them never investigating the union and my complaints.

When: April 4, 2007
Who: Cheryl O'Leary, George Pellum and myself
Where: GHS
What.  She met to inform me I wasn't going to be rehired for the 2007-2008
School year.  Received information of the district decision. Left the meeting
due to heart palpitations.

When: April 5, 2007
Who: Lynn Robinson (myself)
Where: Patient Advisor ( Hot Line) 217-326-1220 ( Nancy Richard- Manager)
What: I had to temporary leave the building and go home to seek telephone medical
attention due to heart palpitations.

When: April 5, 2007
Who: Beth Sheppard- Assistant Superintendent for Human Relations
Where: My Resident
What: Beth Sheppard aided in farther discrimination, harassment and humiliation,
by hand delivering my termination letter from Champaign Unit 4 School
District after normal working hours.  My previous correspondence with
Beth Sheppard had been through the union.  The letter was brought to my house
between 8:00 P.M. and (;)) P.M.

When April 10, 2007
Who: Keli Shirley ( Director of Special Education)
Where: GHS
What:  Keli Shirley was supposley assigned to help me get my IEP'S in compliance.
All IEP's are sent to the Administration Building to be review before they are
archived. There had never been any complaint regarding incorrect IEP's.
This was a move to justify my firing.  I had to inform Keli Shirley, that it had
been a standard practice in the district for at lead the past 5 years, that the
Middle school were using generic IEP goals., I had just completed one on March
26, 2007.  Keli Shirley had to get up in a School Improvement day on April

17, 2007 at the Early Childhood Center and inform the teacher in the district, they could not write generic goal on the IEP, which was a long standing of the middle school. I had to rewrite all of my student on my case load goals. Leslie Sullivan wrote my student's goal the previous year and Cheryl O'Leary signed off on them.  Cheryl's O'Leary was present at the March 26, 2007 IEP for Kimberly' Arreola and heard Liz Lang from Edison Middle School explain in the meeting the Middle School used generic IEP; Goals. I reviewed Chris Baker IEP's from May 12, 2007, he was still allowed to used the same old format.

May 7, 2007
Who: Cheryl O'Leary
Where: Garden Hills School
What;  I missed the Monday morning meeting.  Cheryl O'Leary new I wasn't hired for
    the 2007-2008 school year. She knew what she was going to discuss at the
    Monday morning meeting, there was really no need for me to attend this meeting.
    She called me into the office and threaten to give me a memo, I began
    to hyperventilate; had to leave the building and go home to call the medical
    hotline at Carle. I was given an appointment for the 9th.

**NOTE: My medical  doctor ,DR. Gretchen Sperka was aware of the amount of**
    **harassment  I had endured at Garden Hills, and recommended I get EKG's**
    **to ensure proper heart rates.**

When: May 9, 2007
Who: Cheryl O'Leary, Principal
Where: Garden Hills School
What:  Cheryl O'Leary appointed job assignments, for the 2007-2008 school year.  I did
    not receive an appointment letter.  The two other special education teachers
    and the  ESL teacher were not held to the same standard ad myself,  I had
    adequate documentation regarding the paper trail and numerous harassment
    issues.  Despite me bringing this to Beth Sheppard's attention, when she hand
    delivered my firing by the district on April 5, 2007, it was totally ignored.

When: May 9, 2007
Who: Anna Lynn Robinson
Where: Carl Clinic on Kirby
What:  Had to seek medical attention due to heart palpitations. An electrocardiogram
    was performed by Bradley Morgan.  This was my second EKG in 4 months.  The
    last was on 01-09-07. DR. Sperka contributed to the tremendous amount of
    harassment and stress I was under.

When: May 17, 2007
Who: Cheryl O'Leary, The Franklin Middle School Staff, and myself.
Where: GHS
What: The transition IEP'S were conducted for the student attending Franklin
Middle School for the 2007-2008 school year. It was clear Cheryl O' Leary
had informed the Franklin Middle School staff, I was no longer employed
by the district, because I was totally ignored. The meeting were conducted from
0:800 A.M. to 4:00 P.M. that afternoon.

When: May 17, 2007
Who: Cheryl O'Leary, Diamond Gwinn ( 5th grade math teacher)< Myself
Where: GHS
What: Cheryl O'Leary called Ms Gwinn and myself to her office. Brianna Bishop,
one of the student on my case load, stepmother had found out about
the IEP meeting scheduled that day. Due to the relationship she had with
the biological mother, she wanted to attend the meeting. The biological had
spoken with Penny the social worker, and said it was okay. Cheryl called
me and MS Gwinn into her office and accused us of inviting a step-parent to
an IEP meeting. Despite Penny telling Cheryl, the biological mother said it
was okay. Cheryl verbally reprimanded Ms Gwinn and myself.

When: May 17, 2007 to June 4, 2007
Who: Cheryl O'Leary- Principal, Penny Grigione-Social Worker, Becky Restead-Office
Manager.
Where: GHS
What: Cheryl O'Leary was unaware, I knew she asked the office manager to transfer
my telephone calls. I was not allowed to receive any incoming
telephone calls by the principal Cheryl O'Leary. My telephone calls were
directed to Penny Grigione, the social worker or Becky Restad, the office
manager. I was discriminated against, because other staff members were allowed
to receive their incoming telephone calls. They were either paged on the
intercom or a message left in their box. The office manager indicated a
certain parent had called me. But she referred her to Penny Grigione. This was
verified by Penny Grigione the social worker on May 31, 2007. She came to my
room and indicated she was clueless regarding a conversation she had just
with Mariah Jackson's mom. The school was going on a field trip to the
water park, Mariah's mother could not afford to purchase her a swim suit. The
mother wrote me a note and asked If I could purchase Mariah a swimsuit. I
purchased Mariah a swim suite, and the mother called to thank me. Penny
admitted she took the call; however she came to ask me what the parent
was talking about. I was aware of 2 other parent that had called, and a teacher
from Franklin Middle School. I was not allowed to receive telephone messages.

When: May 21, 2007
Who: Farhad Farokhi
Where: Carle Hospital
What: Due to the severity of my harassment with the Champaign Unit 4 School
      District, and Cheryl O'Leary, I was ordered to be placed on a Cardiac
      Holter Monitor for my heart.


When: June 7, 2007
Who: Cheryl O'Leary
Where: GHS
What: (Harassment) Cheryl O'Leary indicated she wanted me out of the building.
      When I entered the building Cheryl O'Leary immediately took my door key.
      Three other white teacher's in the building still had their keys. I was escorted
      To my classroom like a prisoner. I was told by Cheryl O'Leary and the
      janitors,they would pack my belonging and set them outside. I went to the
      Administration building and reported what happen, because she was threaten not
      To let me remove my belongings. All the administration were out of town;
      However one of the secretary contacted Dorland Norris and informed her of the
      Situation. I assume she called Cheryl from the retreat.


When: June 7, 2007
Who: Cheryl O'Leary- Principal
Where: GHS
What: (Harassment Retaliation) – When I returned to the building, Cheryl' Leary
      Indicated she had been contacted by the administration building, and I was going
      To put harassment charges against her. Cheryl followed me to my classroom
      And indicated Dorland Norris call her from a retreat and In formed her I was
      Contemplating filing harassment charges against her. Cheryl stood over me
      And taunted me . She indicated if I was not out by 12:00 P.M> on Friday, she
      Would refuse me access to my belongings. The other teacher that were still in the
      Building were not subjected to this harassment. They were allowed to continue
      Packing up their [personal items. Cheryl O'Leary's verbal abuse , was so harsh
      and taunting. I had to ask her to leave.


When: June 8, 2007
Who: Cheryl O' Leary Principal
Where:  GHS
What: ( Retaliation) Cheryl O'Leary tore all of my boxes open and searched them
      without probably cause, She said " She had the right to search my property".
      She informed me that before I could tape my boxes she had to check them. Other
      Garden Hill staff members were not subjected to their personal belonging
      being searched. She stood over me and taunted me , saying " The person
      next year will finish your job and paper work."