UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANNA LYNN ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. 09-2237 |
| BETH SHEPPERD, CHAMPAIGN UNIT 4 ) | |
| SCHOOL DISTRICT, and CHERYL O'LEARY,) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO RULE 37

NOW COME the Defendants, BETH SHEPPERD, CHAMPAIGN UNIT 4 SCHOOL DISTRICT, and CHERYL O'LEARY, by Howard W. Small, of the Law Office of Small & Freeman, Ltd., and pursuant to Rule 37 of the Federal Rules of Civil Procedure, moves for sanctions against Plaintiff, and in support state as follows:

1. Plaintiff has failed to comply with the mandatory disclosures required by Rule 26(a)(1) in that Plaintiff's purported disclosure is incomplete and inadequate. Attached hereto and identified as Exhibit "A" are copies of those documents produced by Plaintiff. Attached hereto and identified as Exhibit "B" is a copy of Plaintiff's Witness Disclosures.

2. Plaintiff's Witness Disclosures, Exhibit "B", is inadequate in that it fails to provide the subjects of the information Plaintiff may have used to support her claim, as required by Rule 26(a)(1)(A)(i).

3. The documents produced by Plaintiff are incomplete based on representations by Plaintiff in her Motion to Extend Time (dated 1/22/10) wherein she states that there is a vast amount of documents, and in a telephone message (copy of which is attached hereto and identified as Exhibit "C") in which she states that there are a lot of documents.

4. Other than a medical bill from Carle Clinic, Plaintiff makes no computation of the category of damages which she claims as required by Rule 26(a)(1)(A)(iii).

5. Pursuant to Rule 37, undersigned counsel certifies that he has in good faith conferred with Plaintiff on 12/30/09, 1/4/10, 1/14/10, 1/25/10, 2/26/10, and 3/5/10 by personal conference or via mail in an effort to obtain complete and adequate disclosures without Court action.

6. Rule 37(a)(3)(A) provides that a party seeking discovery may move for an order compelling an answer and for other appropriate sanctions.

WHEREFORE, Defendants move this Court to enter such of the following orders as are just and appropriate:

    a. order Plaintiff to provide complete disclosures as required by Rule 26(a)(1); and/or

    b. order Plaintiff to pay the reasonable expenses, including attorneys fees, caused by her failure to comply with Rule 26(a)(1); and/or

    c. that a judgment by default be entered against Plaintiff pursuant to Rule 37(c)(1)(C).

BETH SHEPPERD, CHAMPAIGN UNIT 4 SCHOOL DISTRICT, AND CHERYL O'LEARY, Defendants

s/ **Howard W. Small**

Howard W. Small, Illinois Bar No.: 2636271
Attorney for Defendants
Law Office of Small & Freeman, Ltd.
41 East University Avenue, Suite 3D, P.O. Box 1337
Champaign, IL 61824-1337
Telephone: (217) 954.0635
Facsimile: (217) 954.0659
E-mail: hws@smallandfreemanlaw.com

**Designation of lead counsel: Pursuant to Local Rule 11.2, Howard W. Small is hereby designated as lead counsel responsible for receipt of telephone conference calls and other necessary communications from the Court.**

Law Office of Small & Freeman, Ltd.
41 East University Avenue, Suite 3D
P.O. Box 1337
Champaign, IL 61824-1337
Telephone: (217) 954.0635
Facsimile: (217) 954.0659

## CERTIFICATE OF SERVICE

I hereby certify that on ___May 18, 2010___, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

I hereby certify that I have mailed a true and accurate copy of the same by United States Postal Service to the following non-CM/ECF participant:

Ms. Anna L. Robinson, *pro se*, 400 Briar Lane, Apt. 1, Champaign, IL   61820

s/ __**Howard W. Small**__

Howard W. Small, Illinois Bar No.: 2636271
Attorney for Defendants
Law Office of Small & Freeman, Ltd.
41 East University Avenue, Suite 3D, P.O. Box 1337
Champaign, IL 61824-1337
Telephone: (217) 954.0635
Facsimile: (217) 954.0659
E-mail: hws@smallandfreemanlaw.com