UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANNA LYNN ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. 09-2237 |
| BETH SHEPPERD, CHAMPAIGN UNIT 4 ) | |
| SCHOOL DISTRICT, and CHERYL O'LEARY,) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SANCTIONS**

This Memorandum is filed by Defendants in support of their Motion for Sanctions pursuant to the provisions of Rule 37. Plaintiff has failed to comply with the mandatory disclosures as provided for by Rule 26(a)(1). Accordingly, Plaintiff is subject to sanctions as provided by Rules.

**ARGUMENT:**

Rule 26(a)(1)(C) provides that a party must make the initial disclosures fourteen days after the parties' Rule 26(f) Conference. By docket entry dated December 17, 2009, Magistrate Judge David G. Bernthal ordered that Plaintiff was to provide initial disclosures to Defendant within seven days. Further, Magistrate Judge David G. Bernthal entered an Order on December 17, 2009, providing that Rule 26(a)(1) shall be complied with.

To date, Plaintiff has produced only those documents identified as Exhibit "A" and "B" attached to the Motion. Plaintiff's disclosure is inadequate. Rule 26(a)(1) requires a party to identify individuals likely to have discoverable information and the subjects of that information. That was not done. In as much as Plaintiff has represented that there are voluminous discoverable documents, those documents which she has produced are incomplete. Plaintiff has not produced a computation of damages claimed and has not produced or identified those documents which support her claimed damages or computation of same as required by Rule 26(a)(1)(iii).

Plaintiff has failed to comply with the mandatory disclosures as required by Rule 26(a)(1), and has ignored two Orders directing that those disclosures be completed. Counsel for

Defendants have on six separate occasions (12/30/09, 1/4/10, 1/14/10, 1/25/10, 2/26/10, and 3/5/10) communicated with Plaintiff by personal conference or via mail the inadequacies of the documents produced and the disclosures made, and requested complete disclosures. To date, those disclosures have not been completed.

Rule 37(a)(3)(4) provides that an incomplete disclosure must be treated as a failure to disclose. Rule 37(c) provides that a party's failure to provide information as required by Rule 26(a) precludes a party from using that information or witness at trial. *Wilson v. AM General Corp.,* 167 F.3d 1114(7th Cir. 1999). In addition, the Court may impose a payment of expenses, including attorney's fees (Rule 37(c)(1)(A), and may impose other appropriate sanctions, including judgment against Plaintiff pursuant to Rule 37(b)(2)(A)(vi). See *Wade v. Soo Line R.R. Corp.,* 500 F.3d 559 (7th Cir. 2007).

**CONCLUSION:**

The Plaintiff's failure to comply with Rules and Court Orders warrants the imposition of sanctions pursuant to the provisions of Rule 37.

> BETH SHEPPERD, CHAMPAIGN UNIT 4 SCHOOL DISTRICT, AND CHERYL O'LEARY, Defendants
>
> **s/     Howard W. Small**
>
> Howard W. Small, Illinois Bar No.: 2636271
> Attorney for Defendants
> Law Office of Small & Freeman, Ltd.
> 41 East University Avenue, Suite 3D, P.O. Box 1337
> Champaign, IL 61824-1337
> Telephone: (217) 954.0635
> Facsimile: (217) 954.0659
> E-mail: hws@smallandfreemanlaw.com

**Designation of lead counsel: Pursuant to Local Rule 11.2, Howard W. Small is hereby designated as lead counsel responsible for receipt of telephone conference calls and other necessary communications from the Court.**

Law Office of Small & Freeman, Ltd.
41 East University Avenue, Suite 3D
P.O. Box 1337
Champaign, IL 61824-1337
Telephone: (217) 954.0635
Facsimile: (217) 954.0659

CERTIFICATE OF SERVICE

    I hereby certify that on    May 18, 2010   , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    I hereby certify that I have mailed a true and accurate copy of the same by United States Postal Service to the following non-CM/ECF participant:

    Ms. Anna L. Robinson, *pro se*, 400 Briar Lane, Apt. 1, Champaign, IL   61820

s/    **Howard W. Small**

Howard W. Small, Illinois Bar No.: 2636271
Attorney for Defendants
Law Office of Small & Freeman, Ltd.
41 East University Avenue, Suite 3D, P.O. Box 1337
Champaign, IL 61824-1337
Telephone: (217) 954.0635
Facsimile: (217) 954.0659
E-mail: hws@smallandfreemanlaw.com