UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| ANNA LYNN ROBINSON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CHAMPAIGN UNIT 4 )<br>SCHOOL DISTRICT, )<br>BETH SHEPPARD, and )<br>CHERYL O'LEARY, )<br>)<br>Defendants. ) | Case No. 09-2237 |

# REPORT AND RECOMMENDATION

Plaintiff filed her Complaint (#1) herein on September 25, 2009. The Court granted Plaintiff's Application to Proceed in District Court Without Prepaying Fees of Costs (#2). Summons was issued and an Answer and Affirmative Defenses (#6) was filed on behalf of Defendants on November 2, 2009. A Discovery Ordered was entered. Unfortunately, the discovery contemplated by the Federal Rules of Civil Procedure and the Court's Discovery Order has not proceeded smoothly.

On May 18, 2010, a Motion for Sanctions Pursuant to Rule 37 (#16) was filed. No response was filed. Nevertheless, the Court held a motion hearing on June 29, 2010. The discovery process was discussed and Plaintiff was ordered to fully comply with the requirements of FED. R. CIV. P. 26(a)(1) within seven days. The Court found Plaintiff's conduct so unreasonable that it awarded fees and costs.

Despite the previous motion and order, as well as the Court's admonitions to Plaintiff at the hearing held June 29, 2010, Defendants have now found it necessary to file Defendants' Renewed Motion for Sanctions Pursuant to Rule 37 (#19). Plaintiff has not filed a response in opposition. The Court is familiar with the problems outlined in the motion. The undersigned as concluded that Plaintiff will not participate in the discovery phase of this lawsuit. She has been put on notice of her obligations and still ignores them. There is no justification for this conduct.

It is not reasonable to expect Defendants to continue to spend money defending the suit when Plaintiff does not abide by the rules and orders of the Court.

Accordingly, pursuant to my authority under 28 U.S.C. § 636(b)(1)(B) that Defendants' Renewed Motion for Sanctions Pursuant to Rule 37 **(#19)** be **GRANTED** and Plaintiff's complaint be dismissed with prejudice.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within 14 days after being served with a copy of this Report and Recommendation.  *See* 28 U.S.C. § 636(b)(1).  Failure to object will constitute a waiver of objections on appeal.  *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

ENTER this 7th day of September, 2010.

                                                s/ DAVID G. BERNTHAL
                                                U.S. MAGISTRATE JUDGE