E-FILED
Tuesday, 28 September, 2010 02:58:04 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

ANNA LYNN ROBINSON,
       Plaintiff,

vs.

Case Number: **09-2237**

CHAMPAIGN UNIT 4 SCHOOL DISTRICT
BETH SHEPPARD
CHERYL O'LEARY,
       Defendants.

**DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

ENTER this 28th day of September.

**s/Pamela E. Robinson**

PAMELA E. ROBINSON, CLERK

**s/S. Johnson**

BY: DEPUTY CLERK